UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER KANE,

                          Plaintiff,

-against-                                            20 **CIVIL** 7936 (CS)

## **JUDGMENT**

MOUNT PLEASANT CENTRAL SCHOOL
DISTRICT, SUSAN GUINEY, FRANK
VITERITTI, BRUCE FERGUSON, NICOLE
SCHIMPF, and RICHARD HENNESSEY,

                          Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 3, 2021, Defendants' motion to dismiss is GRANTED. Plaintiff's Title IX claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        November 3, 2021

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                            **BY:**

                                                                     **Deputy Clerk**